United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ-MARIA URZUA, ET AL., | No. C-07-05903 JCS |
| Plaintiff(s), <br> v. | NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE |
| COUNTRYWIDE, ET AL. | |
| Defendant(s). | |
| _____/ | |
| LUZ-MARIA URZUA, ET AL. | Related Case No. C07-5906 JCS |
| Plaintiff(s), | |
| v. | |
| AMERICA'S SERVICING COMPANY, ET AL, | |
| Defendant(s). | |
| _____/ | |
| LUZ-MARIA URZUA, | Related Case No. C07-5931 JCS |
| Plaintiff(s), | |
| v. | |
| WORLD SAVINGS, ET AL., | |
| Defendant(s). | |
| _____/ | |

**United States District Court**
For the Northern District of California

| | | |
|---|---|---|
| 1 | LUZ-MARIA URZUA, ET AL., | Related Case No. C07-5932 JCS |
| 2 | Plaintiff(s), | |
| 3 | v. | |
| 4 | INDYMAC BANK, ET AL., | |
| 5 | Defendant(s). | |
| 6 | _____ / | |
| 7 | LUZ-MARIA URZUA, ET AL., | Related Case No. C07-6349 JCS |
| 8 | Plaintiff(s), | |
| 9 | v. | |
| 10 | COUNTRYWIDE HOME LOANS, ET AL., | |
| 11 | Defendant(s). | |
| 12 | _____ / | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

[X] One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

[] One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

ALL HEARING DATES PRESENTLY SCHEDULED BEFORE MAGISTRATE JUDGE SPERO ARE VACATED AND SHOULD BE RE-NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED..

Dated: January 29, 2008

Richard W. Wieking, Clerk
United States District Court

*Karen L. Hom*

By: Karen L. Hom
Deputy Clerk

cc: Intake

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ-MARIA URZUA, | Case Number: C07-05903 JCS |
| | Related Case Number C07-5906 JCS |
| Plaintiff, | Related Case Number C07-5931 JCS |
| | Related Case Number C07-5932 JCS |
| v. | Related Case Number C07-6349 JCS |
| COUNTRYWIDE BANK et al, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cesar Anchante-Martinetti
6787 Hillsview Drive
Vacaville, CA 95688

Luz-Maria Urzua
6787 Hillsview Drive
Vacaville, CA 95688

Luz-Maria Urzua
2041 Legends Court
Merced, CA   95340

Luz-Maria Urzua
3801 North Lake Road
Merced, CA   95340

Cesar Anchante-Martinetti
3801 North Lake Road
Merced, CA 95340

Luz-Maria Urzua
3785 North Lake Road
Merced, CA 95340

Cesar Anchante-Martinetti
3785 North Lake Road
Merced, CA 95340

Dated: January 23, 2008

*Karen L. Hom*
Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ-MARIA URZUA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTRYWIDE BANK et al,<br><br>　　　　　Defendant.<br>_____/ | Case Number: C07-05903 JCS<br>Related Case Number C07-5906 JCS<br>Related Case Number C07-5931 JCS<br>Related Case Number C07-5932 JCS<br>Related Case Number C07-6349 JCS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cesar Anchante-Martinetti  
6787 Hillsview Drive  
Vacaville, CA 95688

Luz-Maria Urzua  
6787 Hillsview Drive  
Vacaville, CA 95688

Luz-Maria Urzua  
2041 Legends Court  
Merced, CA   95340

Luz-Maria Urzua  
3801 North Lake Road  
Merced, CA   95340

Cesar Anchante-Martinetti  
3801 North Lake Road  
Merced, CA 95340

Luz-Maria Urzua  
3785 North Lake Road  
Merced, CA 95340

Cesar Anchante-Martinetti  
3785 North Lake Road  
Merced, CA 95340

Dated: January 30, 2008

*Karen L. Hom*
Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ-MARIA URZUA, | Case Number: C07-05903 JCS |
| | Related Case Number C07-5906 JCS |
| Plaintiff, | Related Case Number C07-5931 JCS |
| | Related Case Number C07-5932 JCS |
| v. | Related Case Number C07-6349 JCS |
| COUNTRYWIDE BANK et al, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cesar Anchante-Martinetti
6787 Hillsview Drive
Vacaville, CA 95688

Luz-Maria Urzua
6787 Hillsview Drive
Vacaville, CA 95688

Luz-Maria Urzua
2041 Legends Court
Merced, CA   95340

Luz-Maria Urzua
3801 North Lake Road
Merced, CA   95340

Cesar Anchante-Martinetti
3801 North Lake Road
Merced, CA 95340

Luz-Maria Urzua
3785 North Lake Road
Merced, CA 95340

Cesar Anchante-Martinetti
3785 North Lake Road
Merced, CA 95340

Dated: January 30, 2008

                                                        Richard W. Wieking, Clerk
                                                        By: Karen Hom, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ-MARIA URZUA, | Case Number: C07-05903 JCS |
| | Related Case Number C07-5906 JCS |
| Plaintiff, | Related Case Number C07-5931 JCS |
| | Related Case Number C07-5932 JCS |
| v. | Related Case Number C07-6349 JCS |
| COUNTRYWIDE BANK et al, | **CERTIFICATE OF SERVICE** |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cesar Anchante-Martinetti
6787 Hillsview Drive
Vacaville, CA 95688

Luz-Maria Urzua
6787 Hillsview Drive
Vacaville, CA 95688

Luz-Maria Urzua
2041 Legends Court
Merced, CA 95340

Luz-Maria Urzua
3801 North Lake Road
Merced, CA 95340

Cesar Anchante-Martinetti
3801 North Lake Road
Merced, CA 95340

Luz-Maria Urzua
3785 North Lake Road
Merced, CA 95340

Cesar Anchante-Martinetti
3785 North Lake Road
Merced, CA 95340

Dated: January 30, 2008

*Karen L. Hom*
Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ-MARIA URZUA, | Case Number: C07-05903 JCS |
| | Related Case Number C07-5906 JCS |
| Plaintiff, | Related Case Number C07-5931 JCS |
| | Related Case Number C07-5932 JCS |
| v. | Related Case Number C07-6349 JCS |
| COUNTRYWIDE BANK et al, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cesar Anchante-Martinetti
6787 Hillsview Drive
Vacaville, CA 95688

Luz-Maria Urzua
6787 Hillsview Drive
Vacaville, CA 95688

Luz-Maria Urzua
2041 Legends Court
Merced, CA   95340

Luz-Maria Urzua
3801 North Lake Road
Merced, CA   95340

Cesar Anchante-Martinetti
3801 North Lake Road
Merced, CA 95340

Luz-Maria Urzua
3785 North Lake Road
Merced, CA 95340

Cesar Anchante-Martinetti
3785 North Lake Road
Merced, CA 95340

Dated: January 30, 2008

                                              *Karen L. Hom*
                                        Richard W. Wieking, Clerk
                                        By: Karen Hom, Deputy Clerk