UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUZ-MARIA URZUA

        Plaintiff(s),                          No. C 07-05903 JSW
                                                (and the following related matters)
    v.

COUNTRYWIDE BANK                       **CLERK'S NOTICE**

        Defendant(s).
_____/

LUZ-MARIA URZUA, ET AL.              Related Case No. C07-5906 JSW

        Plaintiff(s),
    v.

AMERICA'S SERVICING COMPANY, ET AL,
        Defendant(s).
_____/

LUZ-MARIA URZUA, ET AL.,             Related Case No. C07-6349 JSW

        Plaintiff(s),
    v.

COUNTRYWIDE HOME LOANS, ET AL.,

        Defendant(s).
_____/

      YOU ARE HEREBY NOTIFIED that on April 4, 2008, at 9:00 a.m., immediately following the hearing on the motions to dismiss in C-07-5931 JSW and C-07-5932 JSW, in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conferences **previously noticed for** February 29, 2008, in this matter.

February 5, 2008                                Richard W. Wieking
                                                  Clerk, United States District Court

                                                  By: /s/ Jennifer Ottolini
                                                  Jennifer Ottolini, Deputy Clerk
                                                  Honorable Jeffrey S. White
                                                  (415) 522-4173

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ-MARIA URZUA, | Case Number: C07-05903 JSW |
| | Related Case Number C07-5906 JSW |
| Plaintiff, | Related Case Number C07-6349 JSW |
| v. | **CERTIFICATE OF SERVICE** |
| COUNTRYWIDE BANK et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cesar Anchante-Martinetti
6787 Hillsview Drive
Vacaville, CA 95688

Luz-Maria Urzua
6787 Hillsview Drive
Vacaville, CA 95688

Luz-Maria Urzua
3785 North Lake Road
Merced, CA 95340

Cesar Anchante-Martinetti
3785 North Lake Road
Merced, CA 95340

Dated: February 5, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk