1   Sanford Shatz        State Bar No. 127229
2   Sandy_Shatz@Countrywide.com
    5220 Las Virgenes Road, MS: AC-11
3   Calabasas, California 91302
    Telephone: (818) 871-6062
4   Fax: (818) 871-4669

5
    Attorneys for Defendants Countrywide Home Loans, Inc.
6   and Angelo Mozilo [sued erroneously as "Angelo Mancello"]

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  LUZ-MARIA URZUA, CESAR          )  Case No.: C 07-06349 JSW
    ANCHANTE-MARTINELLI             )
12  Sramineus Homo, US Vessel       )  Hon. Jeffrey S. White
                                    )  Courtroom: 2
13                                  )
        Libellant,                  )
14                                  )  Related Case No. C 07-5906 JSW
                                    )  Related Case No. C 07-5932 JSW
15      V.                          )  Related Case No. C 07-5931 JSW
                                    )  Related Case No. C 07-5903 JSW
16  COUNTRYWIDE HOME LOANS, ANGELO )
    MANCELLO, PRESIDENT, US Vessel  )
17  DOES, ROES, and MOES 1-100 et al,)  File Date:    November 21, 2007
    US Vessel sand                  )  Trial Date:   Not Assigned
18                                  )
19      Libellees,                  )  NOTICE OF JOINDER AND JOINDER BY
    _____)  DEFENDANTS COUNTRYWIDE BANK,
20  Luz-Maria: Urzua, Cesar: Anchante-Martinetti )  FSB, AND ANGELO MOZILO TO THE
21  Lien Holder of the Vessel, the Real Party In )  MOTION BY DEFENDANTS
    Interest, Lawful Woman, Man Injured Third )  COUNTRYWIDE HOME LOANS, INC.
22  Party Intervener/Petitioner/Libellant, )  AND ANGELO MOZILO TO DISMISS THE
                                    )  COMPLAINT OF PLAINTIFFS LUZ-MARIA
23                                  )  URZUA AND CESAR ANCHANTE-
        V.                          )  MARTINETTI [FRCP 8 AND 12(b)(6)]; OR,
24                                  )  IN THE ALTERNATIVE, FOR A MORE
    COUNTRYWIDE HOME LOANS, ANGELO )  DEFINITE STATEMENT [FRCP 12(e)]
25  MANCELLO, PRESIDENT, U.S. Vessel )
    DOES, ROES, and MOES 1-100 et al )
26          US VESSELS              )  Date:         April 4, 2008
27  INDIVIDUALLY AND SEVERALLY      )  Time:         9:00 a.m.
    Third Party Defendants/Libellees )  Courtroom:    2
28  _____)

                        NOTICE OF JOINDER

## MEMORANDUM OF POINTS AND AUTHORITIES

I.    DEFENDANTS COUNTRYWIDE BANK, FSB, AND ANGELO MOZILO JOIN IN
THE MOTION OF DEFENDANTS COUNTRYWIDE HOME LOANS, INC. AND
ANGELO MOZILO TO DISMISS THE COMPLAINT PURSUANT TO FRCP 8 AND
12(b)(6) OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT
[FRCP 12(e)].

When issues common to multiple defendants are raised and argued in one defendant's
motion, the court should decide the common issue in favor of all of the affected defendants
without requiring that each defendant file separate motions to re-raise and to re-argue those same
legal issues. Dearth v. Great Republic Life Insurance Company, 9 Cal. App. 4th 1256, 1282, 12
Cal. Rptr. 2d 78, 93 (1992). Doing so promotes judicial economy and conserves judicial
resources.

Here, the legal issues and arguments presented by Defendants Countrywide Home Loans,
Inc. and Angelo Mozilo (collectively "Countrywide") in support of their separately-filed motion
to dismiss the complaint of Plaintiffs Luz-Maria Urzua and Cesar Anchante-Martinelli pursuant
to FRCP 8 (failure to set forth a short and plain statement of the claim showing that Plaintiffs are
entitled to relief) and failure to state a claim upon which relief can be granted are equally
applicable with respect to Defendants Countrywide Bank, FSB, and Angelo Mozilo and should
therefore be resolved in a single law and motion proceeding.

The complaint purports to assert claims against two (or, perhaps three) separate
defendants, yet the complaint combines all of the defendants together as a single entity, without
stating a claim against each. Undeniably, there are no facts alleged about Countrywide; there are
no facts alleged about Countrywide relating to any specific claim; no specific claim against
Countrywide is identified; Plaintiffs Luz-Maria Urzua and Cesar Anchante-Martinelli allege no
wrongful conduct by Countrywide; and Plaintiffs Luz-Maria Urzua and Cesar Anchante-
Martinelli's purported claims do not exist.

/ / /

1  II.    CONCLUSION.

2      For these reasons, and for the reasons stated in the separately-filed motion by Defendants

3  Countrywide Home Loans, Inc. and Angelo Mozilo, Defendants Countrywide Bank, FSB, and

4  Angelo Mozilo respectfully request that the court dismiss the complaint of Plaintiffs Luz-Maria

5  Urzua and Cesar Anchante-Martinelli for (1) failing to set forth a short and plain statement of the

6  claim showing that Plaintiffs are entitled to relief (FRCP 8); and (2) failing to state a claim upon

7  which relief can be granted (FRCP 12(b)(6)) or, in the alternative, for a more definite statement

8  pursuant to FRCP 12(e).

9  DATED: February _21_, 2008        By: _____

10                              SANFORD SHATZ
                               Attorneys for Defendants
11                              Countrywide Home Loans, Inc.
                               and Angelo Mozilo
12                              [sued erroneously as "Angelo Mancello"]

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to the within action.  I am employed by Countrywide Home Loans, Inc.  My business address is 5220 Las Virgenes Road, MS: AC-11, Calabasas, California 91302.

On February ___, 2008, I served NOTICE OF JOINDER AND JOINDER BY DEFENDANTS COUNTRYWIDE BANK, FSB, AND ANGELO MOZILO TO THE MOTION BY DEFENDANTS COUNTRYWIDE HOME LOANS, INC., AND ANGELO MOZILO TO DISMISS THE COMPLAINT OF PLAINTIFFS LUZ-MARIA URZUA AND CESAR ANCHANTE-MARTINETTI [FRCP 8 AND 12(b)(6)]; OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT [FRCP 12(e)] on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.  I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of Mailing:          February ___, 2008

Place of Mailing:        Calabasas, California

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February ___, 2008, at Calabasas, California.

_____
Desiree Rais

1

## SERVICE LIST

2
3

Luz-Maria Urzua
6787 Hillsview Drive
Vacaville, California 95688

Cesar Anchante-Martinetti
6787 Hillsview Drive
Vacaville, California 95688

4
5
6

Luz-Maria Urzua
3785 North Lake Road
Merced, California 95340

Cesar Anchante-Martinetti
3785 North Lake Road
Merced, California 95340

7
8

Luz-Maria Urzua
97 Dobbins Street, Suite B
Vacaville, California 95688

Cesar Anchante-Martinetti
97 Dobbins Street, Suite C
Vacaville, California 95688

9
10
11

Luz-Maria Urzua
324 Stevenson Street
Vacaville, California 95688

Cesar Anchante-Martinetti
324 Stevenson Street
Vacaville, California 95688

12
13

Luz-Maria Urzua
965 Alamo Drive, Suite 178
Vacaville, California 95687

Cesar Anchante-Martinetti
965 Alamo Drive, Suite 178
Vacaville, California 95687

14
15
16

Luz-Maria Urzua
419 Mason Street, Suite 208
Vacaville, California 95688

Cesar Anchante-Martinetti
419 Mason Street, Suite 208
Vacaville, California 95688

17
18

Luz-Maria Urzua
3801 North Lake Rd.
Merced, CA 95340

Cesar Anchante-Martinetti
3801 North Lake Rd.
Merced, CA 95340

19
20
21

Luz Maria Urzua
2041 Legends Court
Merced, CA 95340

22
23
24

John J. Kralik, IV
Kralik & Jacobs
650 North Sierra Madre Villa Ave.
Suite 302
Pasadena, CA 91107

25
26
27
28

Jack R. Nelson
Keith David Yandell
Reed Smith LLP
1999 Harison Street, Suite 2400
Oakland, CA 94612