1  Sanford Shatz       State Bar No. 127229
2  Sandy_Shatz@Countrywide.com
   5220 Las Virgenes Road, MS:  AC-11
3  Calabasas, California 91302
   Telephone: (818) 871-6062
4  Fax:  (818) 871-4669

5
   Attorneys for Defendants Countrywide Home Loans, Inc. and
6  Angelo Mozilo [sued erroneously as "Angelo Mancello"]

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 | LUZ-MARIA URZUA, CESAR          ) Case No.:  C 07-06349 JSW
   | ANCHANTE-MARTINELLI            )
12 | Sramineus Homo, US Vessel      ) Hon. Jeffrey S. White
   |                                ) Courtroom: 2
13 |                                )
   |        Libellant,              )
14 |                                ) Related Case No. C 07-5906 JSW
   |     V.                         ) Related Case No. C 07-5932 JSW
15 |                                ) Related Case No. C 07-5931 JSW
   |                                ) Related Case No. C 07-5903 JSW
16 | COUNTRYWIDE HOME LOANS, ANGELO )
   | MANCELLO, PRESIDENT, US Vessel )
17 | DOES, ROES, and MOES 1-100 et al, ) File Date:    November 21, 2007
   | US Vessel sand                 ) Trial Date:    Not Assigned
18 |                                )
19 |        Libellees,              )
   |                                )
20 |‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾) NOTICE OF INTERESTED PARTIES BY
   | Luz-Maria: Urzua, Cesar: Anchante-Martinetti ) DEFENDANTS COUNTRYWIDE HOME
21 | Lien Holder of the Vessel, the Real Party In ) LOANS, INC. AND ANGELO MOZILO
   | Interest, Lawful Woman, Man Injured Third )
22 | Party Intervener/Petitioner/Libellant, )
   |                                )
23 |                                )
   |     V.                         )
24 |                                )
   | COUNTRYWIDE HOME LOANS, ANGELO )
25 | MANCELLO, PRESIDENT, U.S. Vessel )
   | DOES, ROES, and MOES 1-100 et al )
26 |        US VESSELS              )
   | INDIVIDUALLY AND SEVERALLY     )
27 | Third Party Defendants/Libellees )
   |‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾)
28

s:\ss\lc\Urzua-LM\state-int-ch1              – 1 –

1    The undersigned, counsel for defendants Countrywide Home Loans, Inc. and Angelo

2    Mozilo, certifies that the following listed parties may have a pecuniary interest in the outcome of

3    this case. These representations are made to enable the court to evaluate possible disqualification

4    or recusal.

5    1.    Luz-Maria Urzua -- Plaintiff

6    2.    Cesar Anchante-Martinetti -- Plaintiff

7    3.    Countrywide Home Loans, Inc. is a New York corporation, and a wholly owned

8    subsidiary of Countrywide Financial Corporation -- Defendant

9    4.    Angelo Mozilo is Chairman and Chief Executive Officer of Countrywide

10   Financial Corporation, a Delaware corporation, which is publicly traded on the New York stock

11   exchange -- Defendant

12

13   DATED: February 21, 2008          By: _____

14                                          SANFORD SHATZ
                                            Attorneys for Defendants
15                                          Countrywide Home Loans, Inc.,
                                            and Angelo Mozilo
16                                          [sued erroneously as "Angelo Mancello"]

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF INTERESTED PARTIES BY DEFS COUNTRYWIDE HOME LOANS AND ANGELO MOZILO

## PROOF OF SERVICE

I am over the age of 18 years and not a party to the within action. I am employed by Countrywide Home Loans, Inc. My business address is 5220 Las Virgenes Road, MS: AC-11, Calabasas, California 91302.

On February 22, 2008, I served NOTICE OF INTERESTED PARTIES BY DEFENDANTS COUNTRYWIDE HOME LOANS, INC. AND ANGELO MOZILO on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of Mailing:        February 22, 2008

Place of Mailing:       Calabasas, California

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 22, 2008, at Calabasas, California.


Desiree Rais

1

## SERVICE LIST

2

3

4

Luz-Maria Urzua
6787 Hillsview Drive
Vacaville, California 95688

Cesar Anchante-Martinetti
6787 Hillsview Drive
Vacaville, California 95688

5

6

Luz-Maria Urzua
3785 North Lake Road
Merced, California 95340

Cesar Anchante-Martinetti
3785 North Lake Road
Merced, California 95340

7

8

9

Luz-Maria Urzua
97 Dobbins Street, Suite B
Vacaville, California 95688

Cesar Anchante-Martinetti
97 Dobbins Street, Suite C
Vacaville, California 95688

10

11

Luz-Maria Urzua
324 Stevenson Street
Vacaville, California 95688

Cesar Anchante-Martinetti
324 Stevenson Street
Vacaville, California 95688

12

13

14

Luz-Maria Urzua
965 Alamo Drive, Suite 178
Vacaville, California 95687

Cesar Anchante-Martinetti
965 Alamo Drive, Suite 178
Vacaville, California 95687

15

16

Luz-Maria Urzua
419 Mason Street, Suite 208
Vacaville, California 95688

Cesar Anchante-Martinetti
419 Mason Street, Suite 208
Vacaville, California 95688

17

18

Luz-Maria Urzua
3801 North Lake Rd.
Merced, CA 95340

Cesar Anchante-Martinetti
3801 North Lake Rd.
Merced, CA 95340

19

20

21

Luz Maria Urzua
2041 Legends Court
Merced, CA 95340

22

23

24

John J. Kralik, IV
Kralik & Jacobs
650 North Sierra Madre Villa Ave.
Suite 302
Pasadena, CA 91107

25

26

27

28

Jack R. Nelson
Keith David Yandell
Reed Smith LLP
1999 Harison Street, Suite 2400
Oakland, CA 94612

NOTICE OF INTERESTED PARTIES BY DEFS COUNTRYWIDE HOME LOANS AND ANGELO MOZILO