| | |
|---|---|
| 1 | Sanford Shatz      State Bar No. 127229 |
| 2 | Sandy_Shatz@Countrywide.com |
|   | 5220 Las Virgenes Road, MS: AC-11 |
| 3 | Calabasas, California 91302 |
|   | Telephone: (818) 871-6062 |
| 4 | Fax: (818) 871-4669 |
| 5 | |
|   | Attorneys for Defendants Countrywide Home Loans, Inc. |
| 6 | and Angelo Mozilo [sued erroneously as "Angelo Mancello"] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | LUZ-MARIA URZUA, CESAR ANCHANTE-MARTINELLI | ) Case No.: C 07-06349 JSW |
| 12 | Sramineus Homo, US Vessel | ) Hon. Jeffrey S. White |
| 13 |  | ) Courtroom: 2 |
| 14 | Libellant, | ) |
|    |  | ) Related Case No. C 07-5906 JSW |
| 15 | V. | ) Related Case No. C 07-5932 JSW |
|    |  | ) Related Case No. C 07-5931 JSW |
| 16 | COUNTRYWIDE HOME LOANS, ANGELO | ) Related Case No. C 07-5903 JSW |
|    | MANCELLO, PRESIDENT, US Vessel | ) |
| 17 | DOES, ROES, and MOES 1-100 et al, | ) File Date: November 21, 2007 |
| 18 | US Vessel sand | ) Trial Date: Not Assigned |
|    |  | ) |
| 19 | Libellees, | ) |
|    |  | ) |
| 20 | Luz-Maria: Urzua, Cesar: Anchante-Martinetti | ) CORPORATE DISCLOSURE STATEMENT |
| 21 | Lien Holder of the Vessel, the Real Party In | ) BY DEFENDANTS COUNTRYWIDE |
|    | Interest, Lawful Woman, Man Injured Third | ) HOME LOANS, INC. AND ANGELO |
| 22 | Party Intervener/Petitioner/Libellant, | ) MOZILO |
|    |  | ) |
| 23 | V. | ) |
|    |  | ) |
| 24 |  | ) |
|    | COUNTRYWIDE HOME LOANS, ANGELO | ) |
| 25 | MANCELLO, PRESIDENT, U.S. Vessel | ) |
| 26 | DOES, ROES, and MOES 1-100 et al | ) |
|    | US VESSELS | ) |
| 27 | INDIVIDUALLY AND SEVERALLY | ) |
|    | Third Party Defendants/Libellees | ) |
| 28 |  | ) |

s:\ss\lc\Urzua-LM\corp-discl-chl                – 1 –

1  The undersigned, attorney of record for defendants, certifies the following:

2  1.  Countrywide Home Loans, Inc., a New York corporation, is a wholly-owned subsidiary of Countrywide Financial Corporation, a Delaware corporation, which is publicly traded on the New York Stock Exchange.

2.  Angelo Mozilo is Chairman and Chief Executive Officer of Countrywide Financial Corporation.

DATED: February 21, 2008            By: _____
                                        SANFORD SHATZ
                                        Attorneys for Defendants
                                        Countrywide Home Loans, Inc.
                                        and Angelo Mozilo
                                        [sued erroneously as "Angelo Mancello"]

## PROOF OF SERVICE

I am over the age of 18 years and not a party to the within action. I am employed by Countrywide Home Loans, Inc. My business address is 5220 Las Virgenes Road, MS: AC-11, Calabasas, California 91302.

On February 22, 2008, I served CORPORATE DISCLOSURE STATEMENT BY DEFENDANTS COUNTRYWIDE HOME LOANS, INC. AND ANGELO MOZILO on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

    Date of Mailing:    February 22, 2008

    Place of Mailing:    Calabasas, California

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 22, 2008, at Calabasas, California.

_____
Desiree Rais

| | |
|---|---|
| 1 | **SERVICE LIST** |

Luz-Maria Urzua
6787 Hillsview Drive
Vacaville, California 95688

Cesar Anchante-Martinetti
6787 Hillsview Drive
Vacaville, California 95688

Luz-Maria Urzua
3785 North Lake Road
Merced, California 95340

Cesar Anchante-Martinetti
3785 North Lake Road
Merced, California 95340

Luz-Maria Urzua
97 Dobbins Street, Suite B
Vacaville, California 95688

Cesar Anchante-Martinetti
97 Dobbins Street, Suite C
Vacaville, California 95688

Luz-Maria Urzua
324 Stevenson Street
Vacaville, California 95688

Cesar Anchante-Martinetti
324 Stevenson Street
Vacaville, California 95688

Luz-Maria Urzua
965 Alamo Drive, Suite 178
Vacaville, California 95687

Cesar Anchante-Martinetti
965 Alamo Drive, Suite 178
Vacaville, California 95687

Luz-Maria Urzua
419 Mason Street, Suite 208
Vacaville, California 95688

Cesar Anchante-Martinetti
419 Mason Street, Suite 208
Vacaville, California 95688

Luz-Maria Urzua
3801 North Lake Rd.
Merced, CA  95340

Cesar Anchante-Martinetti
3801 North Lake Rd.
Merced, CA  95340

Luz Maria Urzua
2041 Legends Court
Merced, CA  95340

John J. Kralik, IV
Kralik & Jacobs
650 North Sierra Madre Villa Ave.
Suite 302
Pasadena, CA  91107

Jack R. Nelson
Keith David Yandell
Reed Smith LLP
1999 Harison Street, Suite 2400
Oakland, CA  94612