```
 1  Sanford Shatz          State Bar No. 127229
    Sandy_Shatz@Countrywide.com
 2  5220 Las Virgenes Road, MS: AC-11
    Calabasas, California 91302
 3  Telephone: (818) 871-6062
    Fax: (818) 871-4669
 4
 5
    Attorneys for Defendants Countrywide Home Loans, Inc. and Angelo Mozilo
 6  [sued erroneously as "Angelo Mancello"]
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ-MARIA URZUA, CESAR ANCHANTE-MARTINELLI Sramineus Homo, US Vessel | Case No.: C 07-06349 JSW |
| | Hon. Jeffrey S. White |
| | Courtroom: 2 |
| Libellant, | |
| | Related Case No. C 07-5906 JSW |
| V. | Related Case No. C 07-5932 JSW |
| | Related Case No. C 07-5931 JSW |
| COUNTRYWIDE HOME LOANS, ANGELO MANCELLO, PRESIDENT, US Vessel DOES, ROES, and MOES 1-100 et al, US Vessel sand | Related Case No. C 07-5903 JSW |
| | File Date:    November 21, 2007 |
| | Trial Date:   Not Assigned |
| Libellees, | |
| Luz-Maria: Urzua, Cesar: Anchante-Martinetti Lien Holder of the Vessel, the Real Party In Interest, Lawful Woman, Man Injured Third Party Intervener/Petitioner/Libellant, | NOTICE OF NON-RECEIPT OF OPPOSITION TO MOTION TO DISMISS |
| | Date: April 4, 2008 |
| | Time: 9:00 a.m. |
| V. | Courtroom: 2 |
| COUNTRYWIDE HOME LOANS, ANGELO MANCELLO, PRESIDENT, U.S. Vessel DOES, ROES, and MOES 1-100 et al US VESSELS INDIVIDUALLY AND SEVERALLY Third Party Defendants/Libellees | |

1  Defendant Countrywide Home Loans, Inc. ("Countrywide") has not received an
2  opposition to its motion to dismiss. The hearing on the motion to dismiss is calendared for April
3  4, 2008, at 9:00 a.m., in Courtroom 2 of the above-entitled court.
4  Plaintiffs Luz-Maria Urzua and Cesar Anchante-Martinetti ("Plaintiffs") were to file and
5  serve their opposition by March 11, 2008. As of the date of this reply, Countrywide has not
6  received any opposition to the motion to dismiss.
7  Due to the failure to timely file and serve an opposition, an inference has been created
8  that the motion to dismiss is meritorious. In light of Plaintiffs' failure to oppose the motion, and
9  for all the reasons set forth in the moving papers, Countrywide hereby requests that its motion to
10  dismiss be granted.

12  DATED: March 13, 2008          By: _____
                                        SANFORD SHATZ
13                                      Attorneys for Defendants
                                        Countrywide Bank, FSB and Angelo Mozilo
14                                      [sued erroneously as "Angelo Mancello"]

s:\ss\lc\Urzua-LM\mot-dis-non-opp-chl                 – 2 –
NOTICE OF NON-RECEIPT OF OPPOSITION TO MOTION TO DISMISS

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to the within action. I am employed by Countrywide Home Loans, Inc. My business address is 5220 Las Virgenes Road, MS: AC-11, Calabasas, California 91302.

On March 13, 2008, I served NOTICE OF NON RECEIPT OF OPPOSITION TO MOTION TO DISMISS on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of Mailing:     March 13, 2008

Place of Mailing:    Calabasas, California

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 13, 2008, at Calabasas, California.

_____
Desiree Rais

## SERVICE LIST

Luz-Maria Urzua
6787 Hillsview Drive
Vacaville, California 95688

Luz-Maria Urzua
419 Mason Street, Suite 208
Vacaville, California 95688

John J. Kralik, IV
Michael B. Wilson
Kralik & Jacobs
650 North Sierra Madre Villa Ave.
Suite 302
Pasadena, CA  91107

Jack R. Nelson
Keith David Yandell
Reed Smith LLP
1999 Harison Street, Suite 2400
Oakland, CA  94612

Cesar Anchante-Martinetti
6787 Hillsview Drive
Vacaville, California 95688

Cesar Anchante-Martinetti
3785 North Lake Road
Merced, California 95340

Cesar Anchante-Martinetti
324 Stevenson Street
Vacaville, California 95688

Cesar Anchante-Martinetti
419 Mason Street, Suite 208
Vacaville, California 95688

Cesar Anchante-Martinetti
3801 North Lake Rd.
Merced, CA  95340