FILED
08 MAR 12 AM 10:53

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Luz-Maria Urzua and Cesar Anchante-Martinetti<br><br>C/o 6787 Hillsview Dr,<br><br>Vacaville, California Zip Code Exempt,<br><br>    Libellants,<br><br>  vs.<br><br>COUNTRYWIDE HOME LOANS, ANGELO MOZILO, CEO et. Al.<br><br>C/o P.O. BOX 10219<br><br>Van Nuys, California [91410]<br><br>    Libellee, | Case No. CV-07-6349 JSW<br><br>VERIFIED NOTICE OF DEFAULT |

VERIFIED NOTICE OF DEFAULT

Now, by special appearance, comes Luz-Maria Urzua and Cesar Anchante-Martinetti the flesh and blood woman and men, Sui Juris and unschooled in law, hereinafter referred to as we, ours, us, me, my, I, or the like, to make the following AFFIDAVIT with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead or delay.

1.)     We are of legal age, competent to testify and under no legal disability.

2.) Libellants have filed an action for declaratory judgment as a result of libellee's breach of agreement.

3.) Libellants have exhausted their administrative remedies in this instant matter.

4.) Libellants seek a default judgment as libellees have failed to rebut the complaint.

5.) Libellees have failed to ask for a more definitive statement and are in agreement with libellants.

## OVERVIEW OF FACTS

6.) On October 10, 2007 Libellees sent a presentment to us demanding payment of a sum certain.

7.) We conditionally accepted that presentment upon COUNTRYWIDE HOME LOANS continuing fiduciary duty to deal honestly and answer questions about the underlying obligation.

8.) We then sought to exhaust our administrative remedies.

9.) On December 14, 2007 we filed suit in UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, Case number CV 07 6349 CW with the administrative procedure attached.

10.) THE RECORD shows that COUNTRYWIDE HOME LOANS received a copy of a Summons on December 24, 2007, Deadlines on January 28, 2008, see attached copy Certified Mail No. 7007 1490 0000 8781 2525

11.) The RECORD shows that COUNTRYWIDE HOME LOANS has refused and/or failed to appear and defend.

12.) Twenty-eight days have passed since Case C 07-06349 CW was filed.

13.) COUNTRYWIDE HOME LOANS remained silent.

14.) COUNTRYWIDE HOME LOANS is not an infant or incompetent person.

15.) The RECORD shows that no request for a more definitive statement

1  was executed by COUNTRYWIDE HOME LOANS until February 6th or after.

2  16.) Federal Rules of Civil Procedure provide for default judgment by the clerk for a failure to appear and defend [rule 55(a)].

3  17.) The Protest evidences COUNTRYWIDE HOME LOAN'S agreement, consent and stipulation to our position.

4  18.) COUNTRYWIDE HOME LOANS is in default.

5  19.) A default judgment by the clerk establishing COUNTRYWIDE HOME LOANS default is appropriate.

6  20.) A sum certain amount of $64,774,742.40 is due and owing libellants by libellee.

7  21.) COUNTRYWIDE HOME LOANS and/or any other interested party has three days from the verified receipt of this VERIFIED NOTICE OF DEFAULT to rebut this AFFIDAVIT item by item and line by line or be forever esstopped by default.

Our yea is our yea and our nay is our nay.

Dated this 12th day March, 2008

*[signature]*
By: authorized representative
Without recourse

*[signature]*
By: authorized representative
Without recourse

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

VERIFIED NOTICE OF DEFAULT - 4 OF 4

```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| LUZ-MARIA URZUA, CESAR ANCHANTE-MARTINETTI | ) Case No. CV 07-06349-JSW )  ) **CERTIFICATE OF SERVICE** |
| C/o 6787 Hillsview Dr, Vacaville, California Zip Code Exempt, | ) ) ) |
| Libellants, | ) |
| vs. | ) |
| COUNTRYWIDE HOME LOANS, ANGELO MOZILO, CEO et. Al. | ) ) |
| C/o P.O. Box 10219 Van Nuys, California [91410] | ) ) |
| Libellee, | |

                      CERTIFICATE OF SERVICE

   Now, by special appearance, comes Luz-Maria Urzua and Cesar Anchante-Martinetti the flesh and blood woman and man, Sui Juris and unschooled in law, hereinafter referred to We, ours, us, as me, my, I, or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead.

NOTICE is hereby given that:

CERTIFICATE OF SERVICE - 1 OF 2

1  11.)   We are of legal age, competent to testify and under no legal
       disability.

2  12.)   This is to certify that on March 12th, 2008 we placed a true and

3         accurate copy of the enclosed VERIFIED NOTICE OF DEFAULT in the U. S.

4         mail with postage prepaid and addressed as follows:

5  COUNTRYWIDE HOME LOANS/ ANGELO MOZILO, CEO

6  C/o P.O. Box 10219

7  Van Nuys, California [91410]

8      With certified mail number 7006 0100 0005 6174 0331

            Dated this 12th day of March, 2008

            _____
            By: authorized representative
            Without recourse


            _____
            By: authorized representative
            Without recourse

CERTIFICATE OF SERVICE - 2 OF 2