FILED
08 MAR 21 PM 12:00

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ MARIA URZUA, CESAR ANCHANTE-MARTINETTI,<br><br>C/o 6787 Hillsview Dr,<br><br>Vacaville, California Zip Code Exempt,<br><br>      Libellant,<br><br>  vs.<br><br>COUNTRYWIDE HOME LOANS et. Al.<br><br>C/o 5220 Las Virgenes Road, MS: AC-11<br><br>Calabasas, California [91302]<br><br>      Libellee, | Case No. 07-CV-06349-JSW<br><br>ANSWER TO MOTION AND MOTION TO DISMISS BY COUNTRYWIDE HOME LOANS, INC AND ANGELO MOZILO.<br><br>TO CORPORATE DISCLOSURE STATEMENT BY DEFENDANTS COUNTRYWIDE HOME LOANS, INC AND ANGELO MOZILO.<br><br>TO NOTICE OF INTERESTED PARTIES BY DEFENDANTS COUNTRYWIDE HOME LOANS, INC AND ANGELO MOZILO.<br><br>TO NOTICE OF JOINDER AND JOINDER BY DEFENDANTS COUNTRYWIDE BANK, FSB AND ANGELO MOZILO. |

MEMORANDUM

Now, by special appearance, come Luz Maria Urzua and Cesar: Anchante-Martinetti, the flesh and blood woman and man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, us or the like, to make the following AFFIDAVIT with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead or delay.

1.)     We are of legal age, competent to testify and under no legal disability.

MEMORANDUM - 1 OF 4

2.)  Libellants have filed an action for declaratory judgment.

3.)  Libellants have exhausted their administrative remedies in this instant matter.

4.)  Libellants seek a default judgment as libellees have failed to rebut the complaint.

5.)  Libellees have failed to ask for a more definitive statement and are in agreement with libellant.

6.)  COUNTRYWIDE'S PRESENTMENT fails to aver any first hand knowledge of the facts therein.

7.)  Averments of an attorney are not first hand evidence and serve as hearsay testimony which is not admissible.

8.)  We have perfected an administrative COUNTERCLAIM procedure to exhaust our administrative remedies in this instant matter, see Notary Protest.

9.)  An examination of the Notary Protest will serve to establish that COUNTRYWIDE HOME LOANS has agreed to be bound to the COUNTERCLAIM obtained through the binding arbitration process of a Notary Protest, see Notary Protest.

OVERVIEW OF FACTS

10.) On October 10, 2007 Libellees sent a presentment to us demanding payment of a sum certain.

11.) We conditionally accepted that presentment upon COUNTRYWIDE'S continuing fiduciary duty to deal honestly and answer questions about the underlying obligation.

12.) The RECORD shows that COUNTRYWIDE refused and/or failed to provide the requested proof of claim.

13.) We are unschooled in law and if the terms we have used are confusing we apologize and will be honored to clarify any specific

definition, in doubt, to settle and close this matter in harmony with the post bankruptcy public policy of the UNITED STATES inc.

14.) COUNTRYWIDE has at no time, until now, indicated any confusion with our correspondence.

15.) COUNTRYWIDE has remained silent until now.

16.) COUNTRYWIDE had ample opportunity to ask for a more definitive statement.

17.) The RECORD shows that no such request for a more definitive statement was executed.

18.) Federal Rules of Civil Procedure provide for default judgment by the clerk for a failure to appear and defend.

19.) The Protest evidences COUNTRYWIDE'S agreement, consent and stipulation to our position.

20.) A declaratory judgment establishing COUNTRYWIDE'S default is appropriate.

In conclusion, we have been the victims of dishonorable predatory lending practices, or at the least, breach of agreement. We have not received an honest answer from anyone in this matter. My recourse to the "judiciary" is in an effort to resolve this matter in an honest and open forum. COUNTRYWIDE HOME LOANS is a U.S. bank chartered by the U.S. and subject to the licensing requirements to operate with clean hands that the U.S. has laid down. COUNTRYWIDE HOME LOANS is, as a matter of policy, operating without clean hands. COUNTRYWIDE HOME LOANS has agreed by silence that we are foreign to the jurisdiction that they answer to and we are calling on the authority vested withholding COUNTRYWIDE HOME LOANS responsible to do so. It is our intent and always has been to simply receive proof of their position, and absent that evidence then a correction of their records to indicate discharge.

2  My yea is my yea and my nay is my nay.

                                                      Dated this 21 day of March, 2008

                                                      _____
                                                      By: authorized representative
                                                      Without recourse

                                                      _____
                                                      By: authorized representative
                                                      Without recourse

```
1                    UNITED STATES DISTRICT COURT
2                   NORTHERN DISTRICT OF CALIFORNIA
3
4
                                      ) Case No. 07-CV-06349-JSW
5  LUZ MARIA URZUA, CESAR ANCHANTE-    )
                                      )
6  MARTINETTI,                        ) NOTICE OF ACCEPTANCE OF OATHS OF
                                      )
7   C/o 6787 Hillsview Dr,            ) OFFICE AND BONDS
                                      )
8  Vacaville, California Zip Code     )
                                      )
9  Exempt,                            )
                                      )
10           Libellant,                )
                                      )
11      vs.                            )
                                      )
12 COUNTRYWIDE HOME LOANS, SANFORD SHATZ )
                                      )
13 et. Al.                            )
                                      )
14 C/o 5220 Las Virgenes Road, MS: AC-11 )
15 Calabasas, California [91302]
16           Libellee,
```

17  Notice to the agent is notice to the principal, notice to the principal is
18  notice to the agent.
19  Re: **NOTICE OF ACCEPTANCE OF OATHS OF OFFICE AND BONDS**
20
21
22      Now, by special appearance, comes Luz Maria Urzua and Cesar: Anchante-
23  Martinetti, the flesh and blood woman and man, Sui Juris and unschooled in
24  law, hereinafter referred to as me, my, I, us or the like, to make the
25  following  NOTICE with clean hands, full disclosure and no intent to defraud,

**NOTICE OF ACCEPTANCE OF OATHS OF OFFICE AND BONDS**                1 of 2

furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead Additionally this presentment is not put forth for purposes of delay nor to request any B.A.R. member attorney esquire, or agents thereof, to make any determinations for us, legal or otherwise, including but not limited to any so called "overturning of a motion". This is not a motion. This is a NOTICE. If you are reading this then the presumption will operate that you have ACTUAL NOTICE of the subject matter herein and by acting contrary to this NOTICE you <u>will</u> be bound by its terms. Fail not under penalty of Law!

NOTICE is hereby given that:

1.) We are of legal age, competent to testify and under no legal disability.

2.) As the creditor and principal, We hereby formally accept the Oaths of Office and Bonds of JEFFREY S. WHITE esquire and SANFORD SHATZ 00127229, esquire forming a contract in the common law.

Dated this 21st day of March, 2008

*[signature]*
By: authorized representative
Without recourse

*[signature]*
By: authorized representative
Without recourse

**NOTICE OF ACCEPTANCE OF OATHS OF OFFICE AND BONDS**       2 of 2

1

2                                UNITED STATES DISTRICT COURT

3                              NORTHERN DISTRICT OF CALIFORNIA

4

5
                                          ) Case No.: No. 07-CV-06349-JSW
6  LUZ MARIA URZUA, CESAR ANCHANTE-        )
                                           )
7  MARTINETTI,                             ) **NOTICE OF APPOINTMENT OF FIDUTIARY**
                                           )
8   C/o 6787 Hillsview Dr,                 ) **TRUSTEE**
                                           )
9  Vacaville, California Zip Code          )
                                           )
10 Exempt,                                 )
                                           )
11         Libellant,                      )
                                           )
12      vs.                                )
                                           )
13 COUNTRYWIDE HOME LOANS et. Al.          )
                                           )
14 SANFORD SHATZ                           )
                                           )
15 C/o 5220 Las Virgenes Road, MS: AC-11   )

16 Calabasas, California [91302]

17         Libellee,
   _____

18 Notice to the agent is notice to the principal, notice to the principal is

19 notice to the agent.

20 Re: APPOINTMENT OF CO-FIDUCIARY TRUSTEESS

21     Now, by special appearance, come Luz Maria Urzua and Cesar: Anchante-

22 Martinetti, the flesh and blood woman and man, Sui Juris and unschooled in

23 law, hereinafter referred to as me, my, I, us or the like, to make the

24 following  NOTICE with clean hands, full disclosure and no intent to defraud,

25 furthermore, the following first hand asseverations are true, complete,


NOTICE OF APPOINTMENT OF FIDUTIARY TRUSTEE                          1 of 2

1  certain and not meant to mislead Additionally this presentment is not put
2  forth for purposes of delay nor to request any B.A.R. member attorney
3  esquire, or agents thereof, to make any determinations for us, legal or
4  otherwise, including but not limited to any so called "overturning of a
5  motion". This is not a motion. This is a NOTICE. If you are reading this then
6  the presumption will operate that you have ACTUAL NOTICE of the subject
7  matter herein and by acting contrary to this NOTICE you will be bound by its
8  terms. Fail not under penalty of Law!
9  NOTICE is hereby given that:

1.)    We are of legal age, competent to testify and under no legal disability.

2.)    As the creditor and principal, We hereby formally appoint JEFFREY S. WHITE esquire as fiduciary trustee for the purpose of using our exemption to settle and close any outstanding debt owed COUNTRYWIDE.

Dated this 21st day of March, 2008

*[signature]*
By: authorized representative
Without recourse

*[signature]*
By: authorized representative
Without recourse

NOTICE OF APPOINTMENT OF FIDUTIARY TRUSTEE                    2 of 2

```
 1                    UNITED STATES DISTRICT COURT
 2                   NORTHERN DISTRICT OF CALIFORNIA
 3
 4
                                    ) Case No.: No. 07-CV-06349-JSW
 5  LUZ MARIA URZUA, CESAR ANCHANTE- )
                                    )
 6  MARTINETTI,                     ) NOTICE OF APPOINTMENT OF CO-FIDUTIARY
                                    )
 7   C/o 6787 Hillsview Dr,         ) TRUSTEES
                                    )
 8  Vacaville, California Zip Code  )
                                    )
 9  Exempt,                         )
                                    )
10          Libellant,              )
                                    )
11      vs.                         )
                                    )
12  COUNTRYWIDE HOME LOANS et. Al.  )
                                    )
13  C/o 5220 Las Virgenes Road, MS: AC-11 )
                                    )
14  Calabasas, California [91302]   )
                                    )
15          Libellee,
   _____
16 Notice to the agent is notice to the principal, notice to the principal is
17 notice to the agent.
18 Re: APPOINTMENT OF CO-FIDUCIARY TRUSTEESS
19      Now, by special appearance, comes Luz Maria Urzua and Cesar: Anchante-
20 Martinetti, the flesh and blood woman and man, Sui Juris and unschooled in
21 law, hereinafter referred to as me, my, I, us or the like, to make the
22 following  NOTICE with clean hands, full disclosure and no intent to defraud,
23 furthermore, the following first hand asseverations are true, complete,
24 certain and not meant to mislead Additionally this presentment is not put
25 forth for purposes of delay nor to request any B.A.R. member attorney
```

NOTICE OF APPOINTMENT OF CO-FIDUTIARY TRUSTEES                    1 of 2

| | |
|---|---|
| 1 | esquire, or agents thereof, to make any determinations for us, legal or |
| 2 | otherwise, including but not limited to any so called "overturning of a |
| 3 | motion". This is not a motion. This is a NOTICE. If you are reading this then |
| 4 | the presumption will operate that you have ACTUAL NOTICE of the subject |
| 5 | matter herein and by acting contrary to this NOTICE you will be bound by its |
| 6 | terms. Fail not under penalty of Law! |
| 7 | NOTICE is hereby given that: |
| 8 | |
| 9 | 1.)   We are of legal age, competent to testify and under no legal disability. |
| 10 | 2.)   As the creditor and principal, We hereby formally appoint SANDY |
| 11 | SHATZ 00127229 esquire as co-fiduciary trustee for the purpose of using |
| 12 | our exemption to settle and close any outstanding debt owed |
| 13 | COUNTRYWIDE. |

Dated this 21st day of March, 2008

_____
By: authorized representative
Without recourse


_____
By: authorized representative
Without recourse

NOTICE OF APPOINTMENT OF CO-FIDUTIARY TRUSTEES                2 of 2

```
 1
 2                     UNITED STATES DISTRICT COURT
 3                     NORTHERN DISTRICT OF CALIFORNIA
 4
 5
                                    ) Case No.: No. 07-CV-06349-JSW
 6  LUZ MARIA URZUA, CESAR ANCHANTE- )
                                    )
 7  MARTINETTI,                     ) CERTIFICATE OF SERVICE
                                    )
 8   C/o 6787 Hillsview Dr,         )
                                    )
 9  Vacaville, California Zip Code  )
                                    )
10  Exempt,                         )
                                    )
11          Libellant,              )
                                    )
12      vs.                         )
                                    )
13  COUNTRYWIDE HOME LOANS et. Al.  )
                                    )
14  C/o 5220 Las Virgenes Road, MS: AC-11 )
                                    )
15  Calabasas, California [91302]   )
                                    )
16          Libellee,
    _____
17                    CERTIFICATE OF SERVICE

18      Now, by special appearance, come Luz Maria Urzua and Cesar: Anchante-
19  Martinetti, the flesh and blood woman and man, Sui Juris and unschooled in
20  law, hereinafter referred to as me, my, I, us or the like, to make the
21  following  NOTICE with clean hands, full disclosure and no intent to defraud,
22  furthermore, the following first hand asseverations are true, complete,
23  certain and not meant to mislead
24  NOTICE is hereby given that:
25
```

CERTIFICATE OF SERVICE                                          1 of 2

1.) We are of legal age, competent to testify and under no legal disability.

2.) This is to certify that on March 21, 2008 We placed a true and accurate copy of the enclosed ANSWER TO MOTION AND MOTION TO DISMISS BY COUNTRYWIDE HOME LOANS, INC AND ANGELO MOZILO, NOTICE OF APPOINTMENT OF FIDUCIARY TRUSTEE, NOTICE OF APPOINTMENT OF CO-FIDUCIARY TRUSTEE and NOTICE OF ACCEPTANCE OF OATHS AND BONDS in the U. S. mail with postage prepaid and addresses as follows:

COUNTRYWIDE

C/o SANFORD SHATZ 00127229, esquire

5220 Las Vírgenes Road

MS AC-11

Calabasas, California [91302]

With certified mail number 7007 3020 0002 8856 8831

Dated this 21st day of March, 2008

By: authorized representative
Without recourse

By: authorized representative
Without recourse

CERTIFICATE OF SERVICE                                                    2 of 2