1              UNITED STATES DISTRICT COURT

FILED

2          NORTHERN DISTRICT OF CALIFORNIA

08 MAR 25  AM II: 17

3                                         CLERK, U.S. DISTRICT COURT
                                         NORTHERN DISTRICT OF CALIFORNIA

4

5  LUZ-MARIA URZUA, CESAR ANCHANTE-     ) Case No. CV-07-6349 JSW
                                         )

6  MARTINETTI                         ) **NOTICE OF ACCEPTANCE OF OATH OF**

7   C/o 6787 Hillsview Dr,         ) **OFFICE AND BOND**

8  Vacaville, California Zip Code     )

9  Exempt,                          )

10           Libellants,          )

11        vs.                      )

12  COUNTRYWIDE HOME LOANS, ANGELO MOZILO )

13  CEO et. Al.                     )

14  C/o P.O. Box 10219           )

15  Van Nuys, California [91410]

16           Libellee,

17  Notice to the agent is notice to the principal, notice to the principal is

18  notice to the agent.

19  Re: NOTICE OF ACCEPTANCE OF OATH OF OFFICE AND BOND

20     Now, by special appearance, comes Luz-Maria Urzua and Cesar Anchante-

21  Martinetti, the flesh and blood woman and man, Sui Juris and unschooled in

22  law, hereinafter referred to as we, ours, us, me, my, I, or the like, to make

23  the following NOTICE with clean hands, full disclosure and no intent to

24  defraud, furthermore, the following first hand asseverations are true,

25  complete, certain and not meant to mislead Additionally this presentment is

1   not put forth for purposes of delay nor to request any B.A.R. member attorney

2   esquire, or agents thereof, to make any determinations for me, legal or

3   otherwise, including but not limited to any so called "overturning of a

4   motion". This is not a motion. This is a NOTICE. If you are reading this then

5   the presumption will operate that you have ACTUAL NOTICE of the subject

6   matter herein and by acting contrary to this NOTICE you will be bound by its

7   terms. Fail not under penalty of Law!

8   NOTICE is hereby given that:

9
    1.) We are of legal age, competent to testify and under no legal
10      disability.

11  2.) As the creditor and principal, I hereby formally accept the Oath of

12  Office and Bond of *Gloria Acevedo*, clerk forming a contract in

13  the common law.

14
                                    Dated this 22th day of March, 2008
15

16                                  By authorized representative
                                    Without recourse
17

18

19

20

21

22

23

24

25