1  Sanford Shatz        State Bar No. 127229
2  Sandy_Shatz@Countrywide.com
   5220 Las Virgenes Road, MS:  AC-11
3  Calabasas, California 91302
   Telephone:  (818) 871-6062
4  Fax:  (818) 871-4669

5  Attorneys for Defendants Countrywide Home Loans, Inc. and Angelo Mozilo
6  [sued erroneously as "Angelo Mancello"]

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  LUZ-MARIA URZUA, CESAR          )  Case No.:  C 07-06349 JSW
    ANCHANTE-MARTINELLI             )
12  Sramineus Homo, US Vessel       )  Hon. Jeffrey S. White
                                    )  Courtroom: 2
13                                  )
         Libellant,                 )
14                                  )  Related Case No. C 07-5906 JSW
                                    )  Related Case No. C 07-5932 JSW
15       V.                         )  Related Case No. C 07-5931 JSW
                                    )  Related Case No. C 07-5903 JSW
16  COUNTRYWIDE HOME LOANS, ANGELO )
    MANCELLO, PRESIDENT, US Vessel  )
17  DOES, ROES, and MOES 1-100 et al, )  File Date:      November 21, 2007
    US Vessel sand                  )  Trial Date:     Not Assigned
18                                  )
19       Libellees,                 )
                                    )
20  _____ )
    Luz-Maria: Urzua, Cesar: Anchante-Martinetti )  REPLY MEMORANDUM OF POINTS AND
21  Lien Holder of the Vessel, the Real Party In )  AUTHORITIES IN SUPPORT OF MOTION
    Interest, Lawful Woman, Man Injured Third )  TO DISMISS BY COUNTRYWIDE HOME
22  Party Intervener/Petitioner/Libellant, )  LOANS, INC. AND ANGELO MOZILO
                                    )
23       V.                         )  Date:  April 4, 2008
                                    )  Time:  9:00 a.m.
24  COUNTRYWIDE HOME LOANS, ANGELO )  Courtroom: 2
    MANCELLO, PRESIDENT, U.S. Vessel )
25  DOES, ROES, and MOES 1-100 et al )
            US VESSELS              )
26  INDIVIDUALLY AND SEVERALLY      )
27  Third Party Defendants/Libellees )
                                    )
28  _____ )

MEMORANDUM OF POINTS AND AUTHORITIES

I.    INTRODUCTION.

Defendants Countrywide Home Loans, Inc. and Angelo Mozilo (collectively "Countrywide") moved to dismiss plaintiffs Luz Maria Urzua and Cesar Anchante-Martinetti's (collectively "plaintiffs") complaint on the grounds that it failed to state a claim, was incomprehensible and unintelligible, was uncertain, or in the alternative, a more definite statement was required. Plaintiffs did not timely oppose the motion, implicitly conceding its merits. Subsequently, plaintiffs filed a late opposition, which was received by Countrywide during counsel's absence. Upon his return to the office, counsel immediately reviewed the papers, and prepares this brief reply for the court's consideration.

Plaintiffs' opposition consists of several documents which do not address any of the contentions in Countrywide's motion, point to no allegations in the complaint to show that any portion of the complaint states a claim, and continues to assert additional phraseology that is incomprehensible, or fails to state a claim of any type. Accordingly, Countrywide again respectfully requests that the court grant the motion to dismiss in its entirety, or alternatively, order plaintiffs to provide a more definite statement.

DATED: April __1__, 2008            By: _____
                                        SANFORD SHATZ
                                        Attorneys for Defendants
                                        Countrywide Home Loans, Inc. and
                                        Angelo Mozilo [sued erroneously as
                                        "Angelo Mancello"]

REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS BY
COUNTRYWIDE HOME LOANS, INC. AND ANGELO MOZILO

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to the within action.  I am employed by Countrywide Home Loans, Inc.  My business address is 5220 Las Virgenes Road, MS: AC-11, Calabasas, California 91302.

On April ___, 2008, I served REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS BY COUNTRYWIDE HOME LOANS, INC. AND ANGELO MOZILO on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.  I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of Mailing:        April ___, 2008

Place of Mailing:        Calabasas, California

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April ___, 2008, at Calabasas, California.


Desiree Rais

1

## SERVICE LIST

2

Luz-Maria Urzua                          Cesar Anchante-Martinetti

3

6787 Hillsview Drive                     6787 Hillsview Drive
Vacaville, California 95688              Vacaville, California 95688

4

Luz-Maria Urzua                          Cesar Anchante-Martinetti

5

419 Mason Street, Suite 208             419 Mason Street, Suite 208

6

Vacaville, California 95688              Vacaville, California 95688

7

John J. Kralik, IV                       Jack R. Nelson

8

Michael B. Wilson                        Keith David Yandell
Kralik & Jacobs                          Reed Smith LLP

9

650 North Sierra Madre Villa Ave.        1999 Harison Street, Suite 2400
Suite 302                                Oakland, CA  94612

10

Pasadena, CA  91107

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS BY
COUNTRYWIDE HOME LOANS, INC. AND ANGELO MOZILO