IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**            **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: April 4, 2008                **Court Reporter:**  Lydia Zinn

**CASE NO.:  C-7-6349 JSW (related to** C-7-5903, C-7-5906, C-7-5931, C-7-5932**)**

**TITLE:  Luz-Maria Urzua, et. al, v.  Countrywide, et al.,**

**COUNSEL FOR PLAINTIFF:**            **COUNSEL FOR DEFENDANT:**

Not Present                           Sanford Shatz

**PROCEEDINGS:**   1) Motion to Dismiss

                           2) Initial CMC

**RESULTS:**   The Court deems the matter submitted.
A written ruling shall issue.