IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ-MARIA URZUA and CESAR ANCHANTE-MARTINETTI,<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTRYWIDE HOME LOANS and ANGELO MANCELLO,<br><br>    Defendants.<br>_____/ | No. C 07-06349 JSW<br><br>**JUDGMENT** |

For the reasons set forth in the Court's Order of this date granting Defendants' motion to dismiss, judgment is hereby entered in favor of Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: April 14, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URZUA ET AL et al,<br><br>        Plaintiff,<br><br>  v.<br><br>COUNTRYWIDE HOME LOANS ET AL et al,<br><br>        Defendant.                    / | Case Number: CV07-06349 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Luz-Maria Urzua
6787 Hillsview Dr.
Vacaville, CA Exempt

Dated: April 15, 2008

*MNarcisse*

    Richard W. Wieking, Clerk
    By: Monica Narcisse, Deputy Clerk